# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Alex V.Y.L., <br><br> Petitioner, <br><br> v. <br><br> Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security,* Todd Lyons, *Acting Director of Immigration and Customs Enforcement*; David Easterwood, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*; and Eric Tollefson, *Sheriff of Kandiyohi County*, <br><br> Respondents. | Civ. No. 26-31 (JWB/DJF) <br><br><br> **ORDER TO RESPOND** |

**IT IS HEREBY ORDERED**:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Alex V.Y.L. on or before **January 9, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

      b.      A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims; and

      c.      Respondents' recommendation on whether an evidentiary hearing should be conducted.

      d.      Respondents' answer shall address whether the legal issues presented in this case—regarding the source of detention authority and the lawfulness of continued custody—are materially different from those addressed in *Eliseo A.A. v. Olson*, No. 25-CV-3381 (JWB/DJF), 2025 WL 2886729 (D. Minn. Oct. 8, 2025), or *Mayamu K. v. Bondi*, No. 25-3035 (JWB/LIB), 20025 WL 3641819 (D. Minn. Oct. 20, 2025), and if so, explain how.

      e.      Respondents' answer shall also address whether Petitioner is a class member in *Maldonado Bautista et al. v. Santacruz, et al.*, 5:25-cv-01873-SSS-BFM (C.D. Cal. Nov. 25, 2025).

3.      If Petitioner intends to file a reply to Respondent's answer, Petitioner must do so on or before **January 16, 2026**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Date: January 6, 2026                           _s/ Jerry W. Blackwell_
                                                    JERRY W. BLACKWELL
                                                    United States District Judge