# UNITED STATES DISTRICT COURT

## District of Minnesota

Alex Vinicio Yanzaguano Lumbi,

**JUDGMENT IN A CIVIL CASE**

Petitioner,

v.

Case Number: 26-cv-31 JWB/DJF

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood, Eric Tollefson,

Respondents.

---

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1.    Petitioner Alex V.Y.L.'s petition for a writ of habeas corpus (Doc. No. 1) is

**GRANTED**.

2.    Respondents shall immediately release Petitioner from custody, subject to the

conditions of his prior release.

3.    Respondents shall confirm Petitioner's release within 48 hours from the date of

this Order.

4.    Respondents may not re-detain Petitioner under a statutory theory this Court

has rejected in this proceeding absent materially changed circumstances.

5.      Petitioner's other claims are not reached.


Date: 1/12/2026                                          KATE M. FOGARTY, CLERK
                                              _____